IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT WILLIAM REDDING, JR., | ) | |
| AIS #248183, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-CV-519-MEF |
| | ) | |
| KENNETH JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #18) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation (Doc. #18) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice for the plaintiff's failure to comply with the orders of this court and his failure to properly prosecute this action.

Done this the 1st day of March, 2013.

_____
/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE